DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475



FILED
DEC - 7 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
   DANIEL M. ANDREWS

Chapter 13
Case No. 05-3-3239 SFC13

NOTICE OF UNCLAIMED
CHAPTER 13 CREDITOR
PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $1,125.67 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 002 | CLERK OF THE COURT FOR CAL STATE 9 CREDIT UNIN P O BOX 271768 CONCORD, CA 94527-1768 | $1,125.67 |

Dated:   December 6, 2010

_____
CECILIA MARCELO
Receipts Administrator